IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | CRIMINAL ACTION NO. H-10-207 |
| | § | |
| JOSE MENDOZA | § | |

## ORDER

Having considered Motion to Withdraw as Counsel for Defendant (Document No. 32), in which counsel for Defendant, Mark Ash, requests that he be allowed to withdraw, and that Defendant be appointed new counsel for purposes of appeal, it appears that Defendant Jose Mendoza is indigent (Document No. 6, 7), and therefore entitled to proceed *in forma pauperis* on appeal. It is

ORDERED that Motion to Withdraw as Counsel for Defendant (Document No. 32) is GRANTED. Appellate counsel will be appointed by separate Order.

Signed at Houston, Texas, this 6th day of December, 2010.

FRANCES H. STACY
UNITED STATED MAGISTRATE JUDGE